## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TASHA M. HUTCHINS, | : Case No. 3:18-cv-00279 |
| | : |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| | : |
| COMMISSIONER OF THE SOCIAL | : |
| SECURITY ADMINISTRATION, | : |
| | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was

originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been

filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has

expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on August 29, 2019 (Doc. #8) is ADOPTED in full;

2. The Commissioner's non-disability decision on January 30, 2017 is affirmed; and

3. The case is terminated on the docket of this Court.

9.20-19

Walter H. Rice
United States District Judge